UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>Plaintiffs.<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Case No. 18-cv-06163-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on September 6, 2019, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff and Defendant appear on **September 27, 2019, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for failure to appear at the case management conference on September 6, 2019, and for failure to comply with the Court's Order of August 5, 2019. A further case management conference is also scheduled for **September 27, 2019**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: September 9, 2019

JOSEPH C. SPERO
Chief Magistrate Judge