DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JULIE BIBB DAVIS  (CABN 184957)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7066
    FAX: (415) 436-6748
    Julie.Davis@usdoj.gov

Attorneys for Defendant

D. Victoria Baranetsky CABN #311892
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR INVESTIGATIVE REPORTING, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> Defendant. | **CASE NO. 18-06163 JCS** <br><br> **RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR DISMISSAL; [PROPOSED] ORDER** |

-1-
*Center for Investigative Reporting et al. v. U.S. Dept. of State,*
C-18-6163 JCS
Response to Order To Show Cause And Request for Dismissal;
[Proposed] Order

Plaintiffs and Defendant hereby file this response to the Court's September 9, 2019 Order to Show Cause [ECF No. 26], request dismissal of this matter pursuant to Federal Rule of Civil Procedure 41, and respectfully state as follows:

1. The failure of Plaintiffs and Defendant to appear at the case management conference was not the result of delay or disregard, and both parties apologize to the Court.
2. Counsel for Plaintiffs and Defendant have been in consistent ongoing communication in this case, meeting and conferring in an attempt to narrow the scope of issues for resolution by the Court.
3. In June 2019, Plaintiffs' counsel emailed Defendant a declaration explaining in additional detail where the records should be, based on three independent and reliable sources.
4. In June 2019, Defendant provided a declaration describing their search. In July 2019, Plaintiffs provided Defendant with additional questions. In August 2019, Defendant diligently provided answers to all the questions as well as follow up answers.
5. After an additional search, it appears that no records exist. Given these circumstances, Plaintiffs agree to dismiss this case.
6. The parties have worked diligently on this case to ensure all matters are dealt with in a timely manner.

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court dismiss this action, and Plaintiffs' counsel respectfully requests the Court vacate the Order to Show Cause.

| | |
|---|---|
| Dated: September 10, 2019 | THE CENTER FOR INVESTIGATIVE REPORTING and LANCE WILLIAMS |
| | |
| | *s/ D. Victoria Baranetsky* |
| | D. Victoria Baranetsky |
| | *Attorney for Plaintiffs* |
| | |
| Dated: September 10, 2019 | DAVID L. ANDERSON |
| | United States Attorney |
| | *s/ Julie Bibb Davis* |
| | Julie Bibb Davis |
| | Assistant United States Attorney |
| | *Attorneys for Defendant* |

## [~~PROPOSED~~] ORDER

Pursuant to Stipulation, IT IS SO ORDERED. The Order to Show Cause is VACATED and this action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs and fees.

Dated: 9/11/19

THE HONARABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE